

Francis D. McGuire, for plaintiff in error; John Gutknecht, State's Attorney of Cook county, for defendant in error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and Frank G. Whalen, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed March 23, 1954; released for publication June 2, 1954.

## Cosmo Garofalo, Appellee, v. Charles M. D. Verni, Appellant.

### Gen. No. 46,113. (Abstract of Decision.)

E. C. Frank Meier, for appellant; Zeamore A. Ader, and Paul R. Shanoff, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed March 23, 1954; released for publication June 2, 1954.